Lynnwood Anthony VRBA, Claimant–Appellant,

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7100.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2014.

Mark Ryan Lippman, Attorney, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

Michael D. Snyder, Trial Attorney, Department of Justice, Washington, DC, for Respondent–Appellee.

## ON MOTION

## ORDER

Lynnwood Anthony Vrba moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.